JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEON HENDERSON II, | ) | NO. CV 17-5008-CJC (AS) |
|        Plaintiff, | ) | |
|     v. | ) | **JUDGMENT** |
| MOORE, et. al., | ) | |
|        Defendants. | ) | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

    DATED: November 26, 2018.


_____
      CORMAC J. CARNEY
   UNITED STATES DISTRICT JUDGE